Thomas A. Matthews
Matthews & Zahare PC
431 W. 7th Ave., Suite 207
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom.matthews@matthewszahare.com

Counsel for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| GEORGE MILLER, <br><br> Plaintiff, <br><br> vs. <br><br> HARTFORD INSURANCE COMPANY OF THE MIDWEST, <br><br> Defendant. | ) <br> ) <br> ) <br> ) Case No.: <br> ) <br> ) <br> ) Removal from State of Alaska Superior <br> ) Court Third Judicial District <br> ) Case No.: 3AN-10-05615 CI <br> ) |

### NOTICE OF REMOVAL

**TO:** The United States District Court, District of Alaska in Anchorage

**ALSO TO:** Jeff Barber, Esq.
Barber & Sims LLC
821 N Street, Suite 103
Anchorage, AK 99501
Counsel for Plaintiff

YOU ARE HEREBY NOTIFIED that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Hartford Insurance Company of the Midwest ("The Hartford"), through counsel Matthews & Zahare, P.C., has this date filed in the United States District Court for the District of Alaska, this Notice of Removal to the District Court of the action

Notice of Removal (Fed. Court)
*Miller vs. Hartford Insurance Company*, _____ CI
TAM:jlw/453-330/NoticeRemovalFedCourt
Page 1 of 3

Case 3:10-cv-00068-HRH   Document 1   Filed 04/07/10   Page 1 of 3

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

brought by George Miller in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-10-05615 CI.

YOU ARE ALSO NOTIFIED that Defendant The Hartford, has filed a copy of this notice with the Clerk of the Superior Court, Third Judicial District at Anchorage, and said action has thereby been removed from the superior court to the United States District Court.

The ground for removal is diversity of citizenship.[1] Plaintiff Miller is a resident of the State of Alaska.[2] Defendant is a corporation organized under the laws of the state of Indiana, whose primary place of business is not located within the state of Alaska, nor does it conduct a majority of its business within the state.

Plaintiff alleges claims for misrepresentation, breach of contract, breach of covenant of good faith and fair dealing, negligence, emotional distress, and punitive damages[3] related to the medical payment coverage of a Personal Auto Policy. The amount in controversy is in excess of $100,000, exclusive of interest and costs.[4]

Based on the above, the requirement that the amount in controversy exceed the sum of $100,000, exclusive of interest and costs, is satisfied.[5] Plaintiff's Complaint, dated March 2, 2010, was filed March 3, 2010, in the Superior Court for the State of Alaska Third Judicial District at Anchorage. Plaintiff's Complaint was served upon the Alaska Division of Insurance on March 8, 2010, who forwarded it to Hartford on March 10, 2010.

---

[1] 28 U.S.C. §§ 1332 and 1441.
[2] Plaintiff's Complaint, dated March 2, 2010, ¶ 1.
[3] Plaintiff's Complaint, ¶¶ 33-40.
[4] Plaintiff's Complaint, Prayer For Relief.
[5] 28 U.S.C. § 1332(a).

Based on the above, this Court has original jurisdiction over this action, and Defendant is entitled to remove this action to this Court from the Superior Court for the State of Alaska, Third Judicial District at Anchorage.[6] Appended hereto are copies of all process, pleadings, and orders received by Defendant relating to this matter.

Dated at Anchorage, Alaska, this 7th day of April 2010.

    MATTHEWS & ZAHARE, P.C.
    Lawyers for Defendant

By: s/Thomas A. Matthews
    Alaska Bar No. 8511179
    Matthews & Zahare PC
    431 W. 7th Ave., Suite 207
    Anchorage, AK 99501
    Phone: (907) 276-1516
    Fax: (907) 276-8955
    tom.matthews@matthewszahare.com

CERTIFICATE OF SERVICE

I certify that on this 7th day of April 2010
a copy of the foregoing was sent via CM/ECF
and mailed to:

Jeff Barber, Esq.
Barber & Sims LLC
821 N Street, Suite 103
Anchorage, AK 99501

*s/ Joyce L. Wylie*
Joyce L. Wylie

---

[6] 28 U.S.C. §§ 1332, 1441, and 1446.

Notice of Removal (Fed. Court)
*Miller vs. Hartford Insurance Company*, _____ CI
TAM:jlw/453-330/NoticeRemovalFedCourt

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
431 WEST 7TH AVENUE, SUITE 207
ANCHORAGE, ALASKA 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com